UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD PORRATA,

              Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER "JANE DOE," and POLICE OFFICERS "JOHN DOE 1 and 2,"

              Defendants.

**ORDER**

16 Civ. 7162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The parties are directed to submit a joint letter to the Court regarding the status of this matter by **September 1, 2021**.

Dated: New York, New York
       August 25, 2021

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge