

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, N.Y. 10007 | **ANDREA OSGOOD** <br> *Assistant Corporation Counsel* <br> phone: (212) 356-2424 <br> fax: (212) 356-3509 <br> aosgood@law.nyc.gov |

April 26, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Edward Porrata v. City of New York, et al.</u>, 16 Civ. 7162 (PGG)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York ("City") in the above-referenced matter. I write to respectfully request that status conference currently scheduled for Thursday, April 28, 2022 at 12:30 p.m. be adjourned. This is the first request to adjourn the conference and plaintiff's counsel, Stuart Shaw, consents to this request.

  The reason for this request is that I have an unavoidable conflict that prevents me from attending the conference. Pursuant to Your Honor's individual rules, which state that civil conferences are held on Thursday mornings, the parties are available on Thursday May 5, 2022 before 10:30 a.m. and after 12:00 p.m. The parties are also available to attend a conference before Your Honor any time on Friday, April 29; Monday, May 2; Tuesday, May 3, or Wednesday, May 4.

  I apologize for any inconvenience caused by this request. Thank you for your consideration herein.

- 2 -

Respectfully submitted,

*/s/ Andrea Osgood*

Assistant Corporation Counsel
Special Federal Litigation Division

cc: **By ECF**
Stuart R. Shaw
*Attorney for plaintiff*

**Memo Endorsed:** The conference in this matter, currently scheduled for April 28, 2022, will instead take place on **April 29, 2022 at 12:30 p.m.**
Dated: April 26, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge