UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD PORRATA,

                Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER "JANE DOE," and POLICE OFFICERS "JOHN DOE 1 and 2,"

                Defendants.

**ORDER**

16 Civ. 7162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record today, the parties' request to extend the deadline to complete discovery is granted. Discovery shall be completed within 45 days – by **June 13, 2022**. No further extensions will be granted. Any party seeking to make post-discovery dispositive motions shall submit a letter to the Court in accordance with the Court's Individual Practices Rule 4(A) by **June 16, 2022**, with opposition letters due three business days later. A status conference will take place on **Monday, June 27, 2022 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 29, 2022

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge